No. 94–7045. BARROW v. BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS AT EL PASO ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–7055. MCKENZIE v. WEER, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 94–7056. LADSON v. METROPOLITAN DADE COUNTY ET AL. Sup. Ct. Fla. Certiorari denied. 

No. 94–7061. TURPIN v. KASSULKE, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 94–7069. RAWLINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–7075. BURNS v. DEPARTMENT OF THE AIR FORCE ET AL. C. A. 6th Cir. Certiorari denied. 

No. 94–7076. CAMPOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7085. HARPER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–7091. VAUTIER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–7095. GIDIGLO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied. 

No. 94–7098. COEFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–7100. HAWKINS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7113. BEASLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 94–7116. AUSTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.